FILED
July 13, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
      DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO.   6:21-CR-111 |
| Plaintiff | |
| | INDICTMENT |
| V. | |
| | [VIO: 18 U.S.C. 922(g)(1) & 924(a)(2) – |
| JOSE ALFREDO PEREZ | Possession of a Firearm by a Convicted Felon] |
| Defendant | |

THE GRAND JURY CHARGES:

On or about January 5, 2021, in the Western District of Texas, Defendant,

**JOSE ALFREDO PEREZ,**

being a person who knew he had previously been convicted of the following crime punishable by imprisonment for a term exceeding one year, to-wit:

On June 2, 2010, JOSE ALFREDO PEREZ was convicted of *Burglary of a Habitation With Intent to Commit Assault* in the 27th Judicial District Court of Bell County, Texas, in Cause Number 66247;

On May 5, 2015, JOSE ALFREDO PEREZ was convicted of *Possession of a Controlled Substance Less Than One Gram* in the 27th Judicial District Court of Bell County, Texas, in Cause Number 73218;

On May 5, 2015, JOSE ALFREDO PEREZ was convicted of *Possession of a Controlled Substance Less Than One Gram* in the 27th Judicial District Court of Bell County, Texas, in Cause Number 73426;

On May 5, 2015, JOSE ALFREDO PEREZ was convicted of *Assault on a Public Servant* in the 27th Judicial District Court of Bell County, Texas, in Cause Number 73452;

did knowingly possess the following firearm, to-wit:

A Ruer, P89DC, 9mm handgun bearing serial number 305-49574;

said firearm having moved in commerce and affecting commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: *[signature]*
STEPHANIE SMITH-BURRIS
Assistant United States Attorney